**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| v. | § | NO. 1:17-CR-98 |
| | § | |
| | § | |
| DARRELL JOSHUA BENDY | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The court referred a petition alleging violations of supervised release conditions to the Honorable Zack Hawthorn, United States Magistrate Judge, for consideration pursuant to applicable laws and orders of this court. The court has received and considered the Judge's Report, the record, pleadings and all available evidence.

At the close of the revocation hearing, Judge Zack Hawthorn recommended:

1. finding Defendant violated a mandatory condition of release by committing the federal offenses as described in Allegations 1 and 2 of the First Amended Petition. *See* Gov't Ex. 1 (Judgment (Dkt. #655) in 1:24-CR-109 adjudicating Defendant guilty of 21 U.S.C. § 846 (Conspiracy to Distribute and Possess with Intent to Distribute 50 Grams or More of "Actual" Methamphetamine) and 21 U.S.C. § 841(a)(1) (Possession With Intent to Distribute and Distribution of 50 grams or More of "Actual" Methamphetamine));

2. revoking the Defendant's supervised release pursuant to 18 U.S.C. § 3583; and

3. sentencing the defendant to a term of 12 months' imprisonment to be served consecutively to the term of imprisonment imposed in Case No. 1:24-CR-109, and Harris County, Texas, Cause Nos. 184676301010 and 184676201010, with no additional term of supervised release to follow.

At the close of the revocation hearing, the Defendant, his counsel, and counsel for the Government each signed a standard form waiving their right to object to the proposed findings and recommendations contained in the magistrate judge's report, consenting to revocation of

supervised release and imposition of the sentence recommended. The Defendant also waived his right to be present with counsel and to speak at sentencing before the court imposes the recommended sentence.

Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**. It is therefore

**ORDERED** and **ADJUDGED** that the petition is **GRANTED** and Darrell Joshua Bendy's supervised release is **REVOKED**.

Judgment and commitment will be entered separately, in accordance with the magistrate judge's recommendations.

SIGNED at Beaumont, Texas, this 5th day of October, 2026.

Marcia A. Crone

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE